IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 22 C 6080 |
| DIVINE CEMENT, INC., an Illinois corporation, | ) ) | JUDGE LINDSAY C. JENKINS |
| PATRICE GREEN, an individual, | ) ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**
**AGAINST DEFENDANT PATRICE GREEN**

Plaintiffs, by and through their attorneys, request this Court enter judgment against Defendant, PATRICE GREEN (hereinafter "Green"), pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On December 21, 2022, this Court entered default against Defendants (Divine Cement, Inc. and Green) and granted Plaintiffs' request for an order directing Defendants to turn over monthly fringe benefit contribution reports for the time period October 2021, November 2021 and May 2022 forward [Dkt. 13]. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendants.

2. On February 23, 2023, Plaintiffs' counsel received Defendant Divine Cement, Inc.'s monthly fringe benefit contribution reports for the time period October 2021 through February 2023.

These reports indicate Defendants are delinquent in contributions to the Funds in the amount of $83,138.34. (See Affidavit of David A. Dorfman).

3. During the telephone hearing conducted by Judge Durkin on February 24, 2023, Defendant, Divine Cement, Inc.'s bankruptcy attorney advised the Court and Plaintiffs' counsel that a voluntary petition under Chapter 11 of the Bankruptcy Code was filed by Defendant, Divine Cement, Inc. (Case No. 23-02422) on February 23, 2023. In response, the Court discharged the rule to show cause proceedings and stayed the instant litigation while the Chapter 11 bankruptcy case was pending. Plaintiffs' counsel did not object to the stay and unintentionally overlooked the remaining Defendant.

4. Plaintiffs now bring to the Court's attention the fact that Defendant Green has not filed bankruptcy and that a judgment against Green personally can still be entered.

5. The amount of $10,778.80 is due for liquidated damages and $8,475.39 is due for interest. (Dorfman Aff. Par. 5).

6. In addition, Plaintiffs' firm has expended $506.00 for costs and $2,881.75 for attorneys' fees in this matter, for a total of $3,387.75. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment against PATRICE GREEN in the total amount of $105,780.28.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment against Defendant, PATRICE GREEN, in the amount of $105,780.28.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that I electronically filed the foregoing document (Motion for Entry of Judgment Against Defendant Patrice Green) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 1st day of March 2023:

> Ms. Patrice Green
> 811 Pearson Drive
> Joliet, IL  60435-3251
>
> Ms. Patrice Green
> 527 Vera Court
> Joliet, IL  60436-1895
>
> Mr. Ariel Weissberg
> Weissberg and Associates, Ltd.
> 564 W. Randolph Street, 2nd Floor
> Chicago, IL  60661-2219

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Divine Cement\2nd 2022\motion for entry of judgment.cmc.df.wpd